Devon E. Starks
  Plantiff

v.

Terra Haute Police Department
Officer Brewer #245
Officer Wycoff II 300
  Defendants

05/22/2023

United States District Court
Southern District of Indiana
Terra Haute Division

Case 2:23-cv-00262-JPH-MG   Document 1   Filed 05/26/23   Page 1 of 2 PageID #: 1

FILED
05/26/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-262-JPH-MG

The Plantiff Motions to File complaint of civil Rights Violations upon said Defendants in United States District Court, Southern District of Indiana Terra Haute Division.

On 12-11-2022 The Plantiff was confronted by Terra Haute Police officer Brewer #245 about an incident that may have taken place at 669 Oak St. I was aware that i Look Like the suspect of the description given that might of had possession of a handgun. I complied with officer Brewer Allowing him to pat me down in which they did not find A weapon on me during the search. William Roberts talked to officer brewer and said he "never saw a Handgun on Plantiff!"

Both officers Wycoff And Brewer later found a handgun after i was released from them earlier that morning in the location of the call but failed to have burden of proof or circumstantial Evidence to prove the gun belonged to the Plantiff. Due to my background on my case gov officers victimized me by arresting me up on the Exaggeration of Facts from past events. I'm now being held In Vigo county Security Jail facility for a crime I did not committ!!

Said Defendant Committed the Following Acts violating the Plantiffs Civil rights under the Umbrella of the United States code 42 Chapter 21. Sub Chapter 1 Section 1983 (Under color of Law), As the above name person Are Included In the 1983 Action And they Also violated the 8th Amendment of Constitutional Law, Which Substantiates the Acts of Deliberate Indifference And Dereliction of Duty And Also Invidious Discrimination.

For Damages of the Plantiffs mental Anguish of being housed In Vigo county Jail Correctional Facility Unwillingly due to lack of Evidence with Invidious Discrimination Judgement by terrahuge Police, the Plantiff Request the Following Compensation For needless physical insure, Emotional And mental trama $70,000.00 to be paid to Plantiff $1,000.00 per week For 70 weeks And the Said Compensation is Immune From "any" And All bankrupt Actions, tach Defendant is responsible the redress of Said Damage Amount And Have Weekly Amount Deposit Into plantiffs account no later than 12 am of tach Friday of tach week, with a 10% charge of Late Fee Compounded Daily of the total Amount to be paid $70,000.00

*Deven S Tarks*

*Deven Starks*