UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEVON' E. STARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00262-JPH-MG ) |
| TERRE HAUTE POLICE DEPARTMENT, BREWER, WYCOFF, | ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date: 2/29/2024

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

DEVON' E. STARKS
VIGO COUNTY JAIL
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802